UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA

EASTERN DIVISION


In Re:                                                  §


CHARLENE AGNES KRITINAR                §                 Case No.   16-41297

                                                                    Chapter 13

                                                        §

        Debtor(s).

<u>Notice Of Final Cure Payment</u>

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Linda B. Gore, files this Notice of Final Cure Payment.   The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor:    HOMEPOINT FINANCIAL CORPORATION

Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 1599 | $-0- (Mortgage) | $-0- | $-0- |
| 2 | 1599 | $11,811.89 (Arrearage) | $11,811.89 | $11,811.89 |
| 2 | 1599 | $   900.00 (Arrearage) | $   900.00 | $   900.00 |
| Total Amount Paid by Trustee | | | | $ 12,711.89 |

Monthly ongoing Mortgage Payment:

Mortgage is Paid:

_____Through the Chapter 13 Conduit          __x___  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file

and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in

full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322 (b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.   The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Failure to notify may result in sanctions.

Prepared this the __23__ day of ___August___, 2021.

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was mailed first class postage prepaid to the following:

CHARLENE AGNES KRITINAR

97 CORINTH ROAD

ALBERTVILLE, AL    35951


Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234


THOMAS G. TUTTEN, ESQ

Attorney for the Creditor

SIROTE & PERMUTT PC

P O BOX 55887

BIRMINGHAM, AL 35255


and served via electronic case management to:


CARLA HANDY, ESQ.

Attorney for Debtors

P O BOX 948

GADSDEN, AL    35902

btaylor@bondandbotes.com

On this the _____23_____ day of __August__ 2021.

_____/s/ Linda B. Gore_____

Linda B. Gore

Chapter 13 Trustee

P. O. Box 1338

Gadsden, AL 35902-1338

(256) 546-9262